Hon. Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KADHIM N. AL-HISNAWI,

                Petitioner,

      v.

ERIC HOLDER, United States Attorney General; JANET NAPOLITANO, Secretary, Department of Homeland Security; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; LAURA LAUGHLIN, Seattle Special Agent in Charge, Federal Bureau of Investigation,

                Respondents.

Case No. C09-0576-MAT

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL

Please note on Motion Calendar for: May 8, 2009

    This case is a petition by Petitioner/Plaintiff Kadhim N. Al-Hisnawi to compel the United States Citizenship and Immigration Services ("USCIS") and/or the Federal Bureau of Investigation ("FBI") to take action on his outstanding I-130 and I-129F applications. The Petitioner/Plaintiff is at liberty.

    The parties have been advised that, subsequent to the filing of suit, USCIS has approved Plaintiff's applications.

    Therefore, the parties HEREBY STIPULATE and AGREE that this action is MOOT and should be DISMISSED without prejudice and without costs or attorney fees.

//

//

//

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL – 1
(CV-09-0576-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Stipulated this 8th day of May by:

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney | LAW OFFICES OF BART KLEIN |
| s/ J. Michael Diaz<br>J. MICHAEL DIAZ, WSBA #38100<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax:   206-553-4067<br>E-mail:  Michael.Diaz@usdoj.gov | s/ Bart Klein<br>BART KLEIN, WSBA #10909<br>Law Offices of Bart Klein<br>605 First Avenue, Suite 500<br>Seattle, WA 98104<br>Phone: 206-624-3787<br>Fax: 206-624-6371<br>Email: bklein@bartklein.com |
| Attorney for Defendants | Attorney for Plaintiff |

## **ORDER**

The parties having so stipulated, the above is SO ORDERED. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this <u>12th</u> day of May, 2009.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL – 2
(CV-09-0576-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970